# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MATTER OF THE *EX PARTE* APPLICATION OF CHINA CONSTRUCTION BANK (ASIA) CORPORATION LIMITED FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782 | Case No.  23-mc-17 |

### *EX PARTE* APPLICATION OF
### CHINA CONSTRUCTION BANK (ASIA) CORPORATION LIMITED
### FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782

China Construction Bank (Asia) Corporation Limited ("CCBA") respectfully applies to this Court for an *ex parte* Order pursuant to 28 U.S.C. § 1782 (the "Application"), based on the accompanying Memorandum of Law; the Declarations of Ip Wing Hang Francesca, Darryl G. Stein, and Carlo D'Andrea; and all exhibits attached thereto, to take discovery for use in pending and contemplated foreign proceedings in Hong Kong and Italy (collectively, the "Proceedings"), including a debtor examination scheduled in Hong Kong on ***March 13, 2023***.[1]

By this *ex parte* Application, CCBA—as the security agent, facility agent, and note trustee for creditors in respect of certain debts incurred 2020, as further described in the Memorandum of Law, and acting on the instruction of such creditors—respectfully seeks

---

[1] "[I]t is neither uncommon nor improper for district courts to grant applications made pursuant to § 1782 *ex parte*. The respondent's due process rights are not violated because he can later challenge any discovery request by moving to quash pursuant to Federal Rule of Civil Procedure 45(c)(3)." *Gushlak v. Gushlak*, 486 F. App'x 215, 217 (2d Cir. 2012). "District courts may and customarily do resolve applications for discovery pursuant to § 1782 through *ex parte* proceedings." *In re Hornbeam Corp.*, No. 14-mc-424 (Part 1)(VSB), 2015 WL 13647606, at *4 (S.D.N.Y. Sept. 17, 2015) (collecting cases), *aff'd* 722 F. App'x 7, 10-11 (2d Cir. 2018). If the Application is granted, Applicant will promptly serve the subpoenas, at which point the Respondents, as defined below, will have the opportunity to object.

permission under Section 1782 to serve subpoenas on five entities likely to have documents concerning the corporate financing and executive compensation structures of F.C. Internazionale Milano S.p.A that are relevant to the Proceedings, as further explained in the Memorandum of Law: The Goldman Sachs Group, Inc.; The Raine Group LLC; Oaktree Capital Management, L.P.; Bain Capital, L.P.; and Lazard Frères & Co. LLC (the "Inter Milan Subpoena Respondents"). CCBA also respectfully seeks permission to serve subpoenas on entities likely to have wire transfer records relevant to the Proceedings, as further explained in the Memorandum of Law: Citibank, N.A.; BNY Mellon, N.A.; Wells Fargo Bank, N.A.; Bank of America, N.A.; Deutsche Bank AG; and The Clearing House Payments Company LLC (the "Wire Transfer Subpoena Respondents," and together with the Inter Milan Subpoena Respondents, the "Respondents").

As set forth in the accompanying Memorandum of Law, the Application meets the three statutory requirements of 28 U.S.C. § 1782. First, the Respondents "reside" or are "found" within the Southern District of New York. Second, the requested discovery is "for use" in the Proceedings before Italian and Hong Kong courts. Third, CCBA is the named plaintiff in the Proceedings and thus an interested party.

Not only are the statutory factors satisfied, but the four discretionary factors set out by the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, weigh in favor of the Court granting discovery here, as further explained in the Memorandum of Law. *See* 542 U.S. 241, 264-65 (2004). First, none of the Respondents are participants in the Proceedings. Second, the Italian and Hong Kong courts would be receptive to this Court's assistance. Third, the Application will not circumvent proof-gathering restrictions in Italy or Hong Kong. Fourth, and finally, the proposed subpoenas are not overbroad or unduly burdensome.

Accordingly, and for the reasons set forth in the accompanying Memorandum of Law and supporting declarations, CCBA—as the security agent, facility agent, and note trustee for creditors in respect of certain debts incurred 2020, as further described in the Memorandum of Law, and acting on the instruction of such creditors—respectfully requests that the Court enter the proposed Order granting the Application under Section 1782.

Dated:     January 19, 2023
          New York, New York

Respectfully submitted,

/s/ Darryl G. Stein
Darryl G. Stein
darryl.stein@kobrekim.com
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
T: +1 212 488 1200
F: +1 212 488 1200

*Attorney for Applicant CCBA*