UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                               :

IN RE APPLICATION OF CHINA CONSTRUCTION  :      23-MC-17 (JMF)
BANK (ASIA) CORPORATION LIMITED                   :
FOR AN ORDER SEEKING DISCOVERY                :      ORDER
PURSUANT TO 28 U.S.C. § 1782                        :

                                                               :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On February 21, 2023, Zhang Kangyang and Suning Sports International Limited filed a motion to intervene and a motion to stay compliance with the subpoenas previously authorized by this Court "pending . . . resolution of threshold issues" under 28 U.S.C. § 1782.  ECF No. 13.  Any opposition to the motion shall be filed by **February 28, 2023**, and any reply shall be filed by **March 3, 2023**.  The Court grants an administrative (i.e., temporary) stay of compliance with the subpoenas pending a decision on whether to grant the stay as requested.

        SO ORDERED.

Dated: February 23, 2023                                _____
       New York, New York                              JESSE M. FURMAN
                                                            United States District Judge