UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                    :

IN RE APPLICATION OF CHINA CONSTRUCTION    :      23-MC-17 (JMF)
BANK (ASIA) CORPORATION LIMITED                :
FOR AN ORDER SEEKING DISCOVERY                :         <u>ORDER</u>
PURSUANT TO 28 U.S.C. § 1782                      :

                                                    :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On February 21, 2023, Zhang Kangyang and Suning Sports International Limited filed a motion to intervene and a motion to stay compliance with the subpoenas previously authorized by this Court "pending . . . resolution of threshold issues" under 28 U.S.C. § 1782. ECF No. 13. The Motion to Intervene is GRANTED as of right and as unopposed.

       In addition, it is hereby ORDERED that the parties shall appear for a telephone conference on **March 8, 2023, at 9:30 a.m.** The teleconference will be held in accordance with Rule 3(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key. (Members of the public and press may also attend using the same dial-in information; they will not be allowed to speak during the conference.) Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 3(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

       The parties should be prepared to discuss the Intervenor's request to stay compliance with the subpoena pending a motion to quash and next steps. Compliance with the subpoenas remains administratively stay until the Court orders otherwise.

       The Clerk of Court is directed to terminate ECF No. 13.

       SO ORDERED.

Dated: March 6, 2023                           _____
       New York, New York                         JESSE M. FURMAN
                                                         United States District Judge