UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
:
IN RE APPLICATION OF CHINA CONSTRUCTION   :   23-MC-17 (JMF)
BANK (ASIA) CORPORATION LIMITED           :
FOR AN ORDER SEEKING DISCOVERY            :   ORDER
PURSUANT TO 28 U.S.C. § 1782              :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- The Intervenors' Motion to Stay is GRANTED.

- The parties are directed to submit a joint letter with a proposed briefing schedule for the Intervenors' motion to quash by **March 10, 2023.**

SO ORDERED.

Dated: March 8, 2023
       New York, New York

_____
JESSE M. FURMAN
United States District Judge