```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                    :
IN RE APPLICATION OF CHINA CONSTRUCTION             :    23-MC-17 (JMF)
BANK (ASIA) CORPORATION LIMITED                     :
FOR AN ORDER SEEKING DISCOVERY                      :         ORDER
PURSUANT TO 28 U.S.C. § 1782                        :
                                                    :
---------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      There is a teleconference scheduled in this matter for June 8, 2023, at 2:30 p.m. to address narrowing the scope of the subpoenas. *See* ECF No. 38. Upon reflection, the Court will use two lines for the conference — one for any counsel with a speaking role and a separate listen-only line for all others, including counsel who will not have speaking roles and members of the public.

      Counsel shall, no later than 24 hours before the conference, send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel (for Applicant, Intervenors, and, if applicable, Respondents) who wish to speak during the teleconference and the telephone numbers from which counsel expect to join the call. **After receiving that email, the Court will provide the parties with the call-in information for counsel with speaking roles.** All others may listen to the conference by calling the Court's dedicated conference call line at (888) 363-4749 and using access code 542-1540 followed by the pound (#) key.

      SO ORDERED.

Dated: June 7, 2023                            _____
      New York, New York                  JESSE M. FURMAN
                                        United States District Judge