UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                :

IN RE APPLICATION OF CHINA CONSTRUCTION    :         23-MC-17 (JMF)
BANK (ASIA) CORPORATION LIMITED            :
FOR AN ORDER SEEKING DISCOVERY            :         <u>ORDER</u>
PURSUANT TO 28 U.S.C. § 1782                :

                                                                 :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As stated on the record during the teleconference held earlier today:

- The Court resolved the remaining issues over the breadth of the subpoenas and the nature of the protective order.  See the transcript for the Court's rulings.

- The stay imposed at ECF No. 22 is hereby lifted.

- The Court retains jurisdiction to address any further disputes.

      SO ORDERED.

Dated: June 8, 2023
      New York, New York              _____
                                 JESSE M. FURMAN
                            United States District Judge